IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANNIE LEE MOBLEY,           )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )        2:15cv82-MHT
                            )            (WO)
CAROLYN COLVIN,             )
Acting Commissioner of      )
Social Security,            )
                            )
    Defendant.              )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (doc. no. 12) is granted and that this case is dismissed in its entirety.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of June, 2015.

                                            /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE